IN THE HOLT COUNTY DISTRICT COURT

| | | |
|---|---|---|
| JAMES WIDTFELDT, | ) | Case No. 17 CI 118 |
| Plaintiff, | ) | 030218 AMENDED |
| v. | ) | COMPLAINT FOR |
| CITY OF ATKINSON, | ) | DEFENDANTS |
| KEN COUNTS, CITY COUNCIL | ) | INTENTIONALLY |
| STUART DOCKTER, CITY COUNCIL, | ) | CAUSING DEATH OF |
| RON KRYSL, CITY COUNCIL, | ) | WIDTFELDT RENTER |
| GARY A. LECH, CITY COUNCIL, | ) | EDGAR STAUB DURING |
| JERRY OSBORNE, CITY COUNCIL, | ) | WIDTFELDT ATTENDANCE |
| LEO SEGER, CITY COUNCIL, | ) | AT TAX COURT HEARING |
| PAUL CORKLE, MAYOR | ) | ADM 2-15, MULTIPLE BREAK |
| THOMAS HERZOG, | ) | IN AND BURGLARY AT |
| FORREST PEETZ, | ) | WIDTFELDT OFFICE, USED |
| ALAN BRODBECK, | ) | TO HANDICAP WIDTFELDT |
| NEBRASKA BUREAU OF VITAL | ) | SERVICES, AND HIDING OF |
| STATISTICS, | ) | EVIDENCE IN VIOLATION |
| WAYNE BRAUN, | ) | OF 18 USC 2071 |
| TIM BRAUN, | ) | |
| TIMOTHY LARBY, | ) | JON SINDELAR HAS BEEN |
| JANET KROTTER CHVALA, | ) | ADDED AS A DEFENDANT |
| ANDREW HOFFMAN, | ) | DUE TO CERTIFIED MAIL |
| JEFFREY GALYEN, | ) | DIVERTED WRONGLY |
| STEVEN A BREWSTER, | ) | AWAY FROM WIDTFELDT |

Stamp: HOLT COUNTY, NEBRASKA FILED 5:05 P.m. MAR - 2 2018 JUNIOR YOUNG CLERK OF THE DISTRICT COURT

AMENDED COMPLAINT AGAINST ATKINSON, ET AL Page 1


EXHIBIT A

| | |
|---|---|
| ASHLEY D. BOETTCHER, | ) |
| LEO SEGER d/b/a | ) |
| SEGER FUNERAL HOME, | ) |
| MIKE FREDERICK, d/b/a | ) |
| STATE FARM INSURANCE, | ) |
| ATKINSON, | ) |
| PAUL CORKLE, d/b/a CROP INSURANCE | ) |
| SALES, | ) |
| NEBRASKA DEPARTMENT OF | ) |
| INSURANCE, | ) |
| NEBRASKA DEPARTMENT GOVERNING | ) |
| FUNERAL HOMES, | ) |
| SHANNON CORKLE OLBERDING | ) |
| AND SHANNON CORKLE D/B/A | ) |
| CORKLEDINGS, | ) |
| Defendants. | ) |

COMES NOW JAMES WIDTFELDT AND FOR HIS COMPLAINT against the defendants, states and alleges:

1. James Widtfeldt is a resident of Holt County and Atkinson, O'Neill, and elsewhere, maintains several properties sometimes used as storage, offices, and rentals which are all properly maintained, including yardwork, mowing and other reasonable repairs, and many of the properties are filled with tax records resulting from a 2002 settlement with the IRS through Arthur Welp, appeals agent determining that no taxes were owed, and then massive efforts by the Obama IRS to overthrow the 2002 settlement involving dozens of lawsuits and thousands of pages, all of which the wrongful defendants are trying to and actually breaking into and burglarizing to get unknown benefits from the IRS but probably have been promised benefits by the City of Atkinson for destroying Widtfeldt records. Ms.

AMENDED COMPLAINT AGAINST ATKINSON, ET AL Page 2

Janet Krotter Chvala has been accused of various wrongdoing, see attached, and probably believes Widtfeldt has surveillance information incriminating Ms. KC.

2. The defendants are complainers, never stop complaining, and have engaged in many unlawful capers tied in with the IRS through agent Michelle Seger Moser formerly of Atkinson, in murder (Edgar Staub, aWidtfeldt renter, was deprived of insulin and harassed until he bought a guard dog about December, 2014, was killed about January 2-3, 2015 while plaintiff was attending a Tax Court hearing in Washington, DC), arson (on or about June 12, 2016 an arson fire occurred at Widtfeldt property in O'Neill at a time when Widtfeldt was preparing paperwork for the IRS under a short deadline), false accusations (all reasonable complaints are regularly attended to) and burglaries (a series of blatant burglaries into Widtfeldt properties enabled the defendant lawyers to undermine by stealing Widtfeldt evidence, and sabotage Widtfeldt performance in the Courtroom as a lawyer and were aided and abetted by Judge Alan Brodbeck who signed various search warrants, never properly served but available to provide cover to the defendant lawyers if their break-ins were discovered) and insurance fraud (using privileged material obtained by burglaries to Widtfeldt office, the defendants often tried to exact insurance and other settlements) to try to get various advantages and monetary payments, which are outrageous and which make the defendants mean and spiteful in their efforts to try to silence James Widtfeldt in violation of the freedom of speech rights of the US Constitution.

3. The City of Atkinson has a town full of depressed lower class housing, with the funeral home which is unlawfully used to dispose of bodies of those killed, resplendent and opulent features which are not typical of any other structures in Atkinson. The local community is partly race neutral but the nationally approved projects set up by the US Congress such as equal opportunity in housing run up against tremendous resistance in Atkinson, where jobs on the huge nearby impoverished reservations (think low level radioactive waste site which was approved in Minnesota but not in Nebraska, the KXL pipeline) which would seem to be a win for all, but are hotly opposed by the strident opposition to rental housing attached hereto and the only thing different about James Widtfeldt is that James Widtfeldt actually believes in non discrimination against renters and minorities.

4. Ken Counts, Stuart Dockter, Ron Krysl, Gary A. Lech, Jerry Osborne, and Leo Seger are all on the Atkinson City Council and their primary motivation is to file groundless charges to cover up previous wrongful conduct and other groundless charges, the purpose of which is to engage in wrongful cronyism and lately it seems likely that the defendants have committed other crimes which Widtfeldt

AMENDED COMPLAINT AGAINST ATKINSON, ET AL Page 3

surveillance efforts to prevent burglaries might be a target to allow the defendants to escape. Jon Bruning, a former scandalous Nebraska Attorney General who was involved in any business marginally useful ventures which could have been hard to get approved enough that the owner would bring him in as a partner to avoid discovery of wrongful conduct or delays in regulatory approval, said Bruning was the subject of frequent write-ups in the Omaha World Herald remarking on Bruning's unbelievable wealth all acquired while in office, and said Bruning often filed cases demanding $100,000 per day fines on any business Bruning believed would likely pay vast fines rather than be bankrupted, until finally Jon Bruing ran out of an elective majority to vote for him, with an assist in advertising by Widtfeldt against Bruning.

5. Paul Corkle is the mayor of Atkinson and his father was James M. Corkle, a flamboyant fast buck artist who tried to hire lawyers, and then claimed he said something different than what he said to the first lawyer, and sued through a second lawyer, and so on through a chain of used lawyers, and used Paul Corkle's vast practice and knowledge of insurance fraud to bedevil any insurance company into just paying to get the claimant James M. Corkle, to go away. James M. Corkle invested in a bank in the 1930s which was about to go under, and the bank made its stockholders liable for any shortage, so that James M. Corkle got in just in as a shareholder just in time to be held liable for a huge shortage. Such ill fated shenanigans made James M. Corkle and all of his children extremely vicious and ill tempered, which is why Corkle has already gone through several lawyers who withdrew..

6. Thomas Herzog, Forrest Peets, and Alan Brodbeck were very jealous lawyers and judge who often asked Widtfeldt for help in persons afflicted with Lyme type and tick borne diseases but then when Widtfeldt did invaluable services, nobody else could do, the said lawyers and judge always became very jealous of favorable publicity toward Widtfeldt, and tried to undermine Widtfeldt's work with grievances and complaints, and then in 2003-5, when Widtfeldt did rescue with massive two month medical treatment in California, a client, Owen Kissinger, from Lyme to fill a Personal Representative job he was already appointed to and could not otherwise discharge, Alan Brodbeck filed grievances and in bad faith deprived Widtfeldt of the fruits of a job nobody else could have done. In 2016 after the election of Donald Trump, the definition of Lyme was changed so that Widtfeldt is now right and many or nearly all of the other lawyers and judges in Nebraska are wrong on Lyme, but so far a faction of the Clinton Democrats continue to devil Trump under the claim that Trump might have got along with the Russians, to conceal the evidence of the

AMENDED COMPLAINT AGAINST ATKINSON, ET AL Page 4

Democrats wrongdoing between 1991 and 2016 violating the 42 USC §1983 civil rights act medical treatment and care of those accused of crimes, also known as the successor to the Nuremberg trials and Nuremberg Principles to deter Nazism. These grievances were a wrongful excuse or ill fated decision by the all Democrat Nebraska Supreme Court to lift Widtfeldt's law license in 2005 to muzzle any favorable publicity for Widtfeldt's great skills in rendering federal civil rights to those wrongly convicted by the Clinton-Obama constitutional violations of civil rights. The past disputes over Lyme disease have involved a failed vaccine and political battles enough to confuse a great part of the public, so that there could have been some innocently confused in Widtfeldt's efforts to treat those likely infected with Lyme. See attachment.

7. Nebraska Bureau of Vital Statistics is a defendant because the death of Edgar Staub is doubtless completely unrecorded to hide the wrongdoing of the various Atkinson City Council and Seger Funeral Home.

8. DefendantsWayne Braun and Tim Braun are defendants because they wrongly run trucks into Widtfeldt building at least once a month, causing damages of $1 million a month for the last ten years, enabled by the Atkinson City Police who wrongly guide traffic in a manner which imperils Widtfeldt buildings and provides cover for Atkinson City Police to break in to Widtfeldt property and steal Widtfeldt records and complain about Widtfeldt buildings.

9. Timothy Larby is the Atkinson Chief of Police, and regularly kicks in Widtfeldt doors and windows and sabotages Widtfeldt property to conceal Atkinson wrongful warrantless searches, or not properly served Brodbeck warrants after the break in type searches, designed to impede Widtfeldt defense against the IRS double and triple billing to limit Republican political activity, and much material of significant value comes up missing following the break-ins, which the police can significantly never solve.

10. Janet Krotter Chvala, Andrew Hoffman, Jeffrey Galyen, Steven A. Brewster, and Ashley D. Boettcher are defendants because they hid numerous break-ins to Widtfeldt property stealing documents necessary to Widtfeldt defense in the all Democrat Nebraska Supreme Court prosecutions, faking various supposed break-ins by third parties to conceal Atkinson City Police break-ins as finally admitted by new and less jaundiced policeman David Mincer in 2015 after a particularly egregious ten hour breakin through Widtfeldt walls, chains, 2x4's and other fortifications impossible to be breached by a swiftly striking cat bird burglar who would be outrunning the Atkinson City Police and avoiding all security cameras. A

AMENDED COMPLAINT AGAINST ATKINSON, ET AL Page 5

belated wrongful Judge Brodbeck search warrant apparently signed or at least forged with the apparent signature of Judge Brodbeck after or during the fiasco burglary was observed and identified and reported to Widtfeldt and thus caught by a Widtfeldt secretary (the other secretary promptly quit after realizing the danger of being strong armed for keys by the City Police about one third of her age and less likely to have osteoporosis) topped off the all crooked job.

11. Seger Funeral Home is a defendant because of its involvement in the disappearing body with no funeral of Edgar Staub while Widtfeldt was attending a fake hearing on supposed admission to the US Trial Court. Seger Funeral Home needs to be shut down permanently for numerous funeral home infractions, including its specialty of stealing gold fillings out of teeth of deceased patrons and sewing their mouths shut to hide the theft.

12. Mike Frederick d/b/a State Farm Insurance of Atkinson should be shut down for insurance fraud, as his secretary Shannon Corkle Olberding regularly violates confidentiality of insurance for medical treatment to enable City Police break-ins to private property while Widtfeldt is temporarily away for medical treatment, with said Shannon Corkle Olberding acting wrongly for the benefit of City Police and Braun's grocery, concealing Braun delivery trucks regularly bouncing off or collapsing the walls of Widtfeldt building while the City Police are safely located in the bar next to the City Hall for their morning nip, and thereafter the City of Atkinson is able to use the break in as cover for theft and stealing Widtfeldt records.

13. Paul Corkle doing business as Corkle's fraudulent crop insurance sales, is violating every rule of the USDA regarding crop insurance and lifting fees off of purchasers of crop insurance, and closing him down would benefit all. Corkle's father spent at least a year when Widtfeldt was first a lawyer trying and failing to incriminate or charge Widtfeldt with some wrongdoing, through some mean streak undetected at the time, and then filing grievances anyway, resulting in a $2,500 insurance settlement through St Paul Insurance, which Widtfeldt could not stop from benefiting the corrupt James M. Corkle, though the Corkle claims were all wrongful and fictitious, and ultimately led to Widtfeldt buying the office building now being libeled by the City of Atkinson, and still later, evicting Paul Corkle when James M. Corkle simply would not stop filing grievances against Widtfeldt and even his son, Paul Corkle, could not or would not shut up James M. Corkle.

14. Attached find thirteen fraudulent wrongful assertions by the City of Atkinson that Widtfeldt property is somehow unfit, where most or all of the damage has

AMENDED COMPLAINT AGAINST ATKINSON, ET AL Page 6

occurred by Officer Timothy Larby kicking in doors and windows and pretending these are the acts of mysterious truant children who the incompetent City of Atkinson Police force can never catch. In most cases the properties are occupied either by renters of the wrong race to suit officer Larby or the Atkinson City Council wants to harass Widtfeldt business for its own financial gain, and some of the buildings are filled with many boxes or cabinets of Widtfeldt tax records which Larby seeks to get a reward for either destroying, or making unavailable to Widtfeldt to support the anti Tea Party faction of the IRS to change crucial parts of the documents increasing taxes to suppress freedom of speech. As follows:

a)      218 East Pearl was heavily damaged by the Atkinson City Police breaking in, and after the renters purchased three or four large dogs to stop the police, the place fell into disrepair but only from police abuse and canines necessary for protection of the renters. The house has a roof less than ten years old, and any paint or flaking stucco is typical of the depressed state of the economy of Atkinson, occasioned by the government fraud and deceit through the Atkinson City Council and Mayor. The only thing that needs abated is the corrupt city government, the fraudulent State Farm and Corkle Insurance offices and the body slinging/hiding/fake funeral business of Seger Funeral Home.

b)      407 North Sherrill has a furnace less than ten years old and a new pro rib metal roof put on in the last five years. Several renters have been obligated to purchase large guard dogs to thwart City Police break-ins and government theft. The building is appropriate for a small town totally bankrupted by over regulation and special favors.

c)      504 North Sherrill does not have any siding falling off or tall weeds with the exception of repeated damage by the Atkinson City Police and the corrupt government regulation by the City of Atkinson, plus racism prohibited by the US Constitution.

d)      713 East State does not have any objectionable features for a small town strangled by City of Atkinson corruption. The problems stem from tall corruption, not tall weeds. Unstable mayor and city council, not unstable buildings. Missing brain cells in government flunkies, not missing windows in buildings. Character flaws in Mayor and City Council and police that need to be repaired. Cave and cellar are fine for the long wait for an efficient and honest city government. The Mayor and council need to move on to the Arizona desert where they can be limited to blowing sand and dry air.

AMENDED COMPLAINT AGAINST ATKINSON, ET AL Page 7

e)   510 South Williams Street has no shrubs harming integrity, only city government, mayor, council, and police, lacking integrity. Tall grass and weeds are simply tall tales of the ethically challenged. Present state of the property is all that a stunted corrupt local economy can support, and progress awaits leadership with honesty and vision, not dwarfs of ethical limitations.

f)   512 South Williams is overgrown with government stupidity, and unwarranted faultfinding.   A new roof is in place, and renters are being run off or evicted by a sign on the door saying "Unsafe and Unfit for Human Habitation by Resolution of the Atkinson City Council" which is composed of what, primates from the Neanderthal era?   512 South Williams was recently rented by a man by the name of Jim Corkle,  so was he non human, and ditto the question for the City Council.  The labels and insulting language of the Atkinson criticism are sure to deter residence by any minorities, as intended.

g)   404 South Williams does not have overgrown weeds and trees growing into the foundation and "everywhere" in the backyard. I drive through the backyard regularly with no trees or weeds, let along overgrown. The problem is again with the overgrown imaginations and need to be self important exhibited by the Mayor and City Council. Calling such a building unfit for human habitation is an insult to the human inhabitant, or an indication that the revelatory issue is whether the Mayor and City Council have ever been familiar with true humans, and similar questions along those lines.

h)   203 North Madison suffers from no fault except the wish of the Mayor and City Council to steal the property for false denunciations by the Mayor and City Council, designed to foment unrest and make those being regulated to death flee a corrupt town.

i)   308 North Madison is beside the mayor's daughter and regularly has windows and doors kicked out, not because it is defective, but because the Mayor and his daughter are corruptly running it down.

j)   104 East State is has no overgrown weeds, trees or grass and the gate is fine. The need is to shut down State Farm in Atkinson where Shannon Corkle Olberding buzzard works and take away her interest in fraudulently describing and trying to steal the property. The corkle buzzards sit on their fannies and try to get other people's property by deceit and lies.

k)   103 South Main is full of boxes caused by a deceitful IRS audit mongering encouraged by the Corkle lies and deceit. This is the building that the City police

broke into without a warrant. The only way to deter theft and corruption by the City of Atkinson is to shoot the police or pile the building up with so many boxes that the even the City Police can't figure out what to steal. This is an office with lawyer records and Widtfeldt is a lawyer according to the US Tax Court and the US Supreme Court and all courts in between. Only the all Democrat, all fraudulent Nebraska Supreme Court has any doubt, and like the Corkle Atkinson Council, the doubts are false and self serving. In 2016 when Trump was elected, Widtfeldt was exonerated and all the false Nebraska Supreme Court issues were decided against the Democrat Supreme Court and in favor of Widtfeldt. The only thing needing abated is the Atkinson City Council and Mayor.

l)      103 East State is Widtfeldt main office. The sidewalk drains are only dangerous when the City Council has been meeting in the bar too long, and the bar should not be their meeting place anyway, so the problem is solved.

m)      107 East State Street can be remedied by having the lardbuts from the city council and mayor not look in the windows. The blocks are over 100 years old and are standing up far better than the unstable Atkinson city council and mayor. The Atkinson city government is totally wrong. The birds and bats are in the City water tower defecating in the city water, and the Mayor does not worry nor does the City Council. The doors are boarded up because the corrupt city council was breaking in, and the boarding up serves the purpose of keeping the sticky fingered city police out. Impeachment of the mayor and city council, or delaying the matter until the mayor and council die of brain disease, would be the choice solution. Or a 20 years jail term.

n)      the mean spiteful claim that Widtfeldt renters are not humans is demeaning and vicious and shows that the City Council and Mayor were in such a stage of incapacity when they voted on the paperwork (the Atkinson City Council frequently meets in a bar and probably votes after becoming intoxicated), that the paperwork was simply reflecting shockingly poor in judgment.

15.     The US Post Office is being added as a defendant and Jon Sindelar of the O'Neill and Atkinson offices, due to theft or diversion of a Widtfeldt certified mail from Judge Sullivan of the US District Court in the District of Columbia in January, and probably many hundreds of certified mailings before that, probably being forwarded to Janet Krotter Chvala to impersonate Widtfeldt and file forgeries of Widtfeldt documents to discredit Widtfeldt..

AMENDED COMPLAINT AGAINST ATKINSON, ET AL Page 9

WHEREFORE JAMES WIDTFELDT PRAYS THAT

a) The Atkinson Mayor and Council be immediately terminated for cause and not allowed to again seek public office under 18 USC 2071, hiding evidence unlawfully. The government of Atkinson be taken over by a federal administrator who will comply with private property rights and the US Constitution.

b) The Atkinson State Farm and Mike Frederick as well as secretary help Shannon Corkle should be shut down and closed permanently. It is merely an unlawful outpost to plan unlawful break-ins and burglaries of Widtfeldt property.

c) Braun grocery and butcher should be closed down and the proceeds applied to Widtfeldt damages, as Braunst is wrongly designed so that it is an excuse to run delivery trucks into Widtfeldt property.

d) Ogdens be shut down and sold for damages to Widtfeldt caused by wrongful posturing and failure to pay for treatment of Kissinger necessitated by his appointment as PR. Ogdens was merely an outpost to plan break ins and burglaries of Widtfeldt by wrongful Atkinson conduct and wrongful Judge Brodbeck conduct.

e) Termination of Judge Brodbeck, lawyers Peetz, and all other lawyers filing grievances agaisnt Widtfeldt, for reason of their anarchistic tendencies and inability to take an oath to support the US Constitution, and make them forfeit last fifteen years income to Widtfeldt as damages for failure to properly test and treat Lyme and other tick diseases.

f) Shut down Corkledings and any successor business and apply proceeds to Widtfeldt damages.

g) Remove Jon Sindelar from the US Post Office and any others diverting Widtfeldt mail, and discover to whom the mail is going and recover all forgeries issued to discredit Widtfeldt.

James Widtfeldt request to City of Atkinson for a hearing in July or August, prior to any litigation, be validated as above for hearing.

James Widtfeldt

---

AMENDED COMPLAINT AGAINST ATKINSON, ET AL Page 10

_____ March 2, 2018

IN THE DISTRICT COURT OF Holt COUNTY, NEBRASKA
Holt County Courthouse
PO Box 755
O'Neill          NE 68763



James Widtfeldt v. City of Atkinson

Case ID: CI 17    118

TO:  Jon Sindelar

**HOLT COUNTY, NEBRASKA FILED**  SS

MAR - 5 2018
Issued
JUNIOR YOUNG
CLERK OF THE DISTRICT COURT
KAREN SPERLING - DEPUTY

You have been sued by the following plaintiff(s):

James Widtfeldt

Plaintiff:         James Widtfeldt
Address:           PO Box 877
                   Atkinson, NE 68713

Telephone:         (402) 925-5520

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  MARCH 5, 2018       BY THE COURT: _____ Clerk

[SEAL: 8TH JUDICIAL DISTRICT COURT, HOLT COUNTY NEBRASKA]

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

Jon Sindelar
c/o United States Post Office
O'Neill, NE 68763

BY:  Holt County Sheriff
Method of service:  Personal Service

You are directed to make such service within twenty days after date of issue, and show proof of service as provided by law.

| Image ID: D00008557D36 | **SERVICE RETURN** | Doc No. 8546 |
|---|---|---|

Return to:   HOLT COUNTY DISTRICT COURT
Case ID: CI 17    118
James Widtfeldt v. City of Atkinson

Received Doc.No.   8546 a Summons
   on 3/07/2018 at 09:00 AM.

I hereby certify that on 3/09/2018 at 09:30 AM I served Doc. No.   8546 a
Summons                      on Jon Sindelar
by Personal Service    to Jon Sindelar
at Sheriff's Office, O'Neill, NE
as required by Nebraska state law.

**FILED BY**
Clerk of the Holt District Court
03/12/2018

Service and return         $18.00
Mileage                      $.50
TOTAL                      $18.50

Comments
Summons, Complaint, Exhibits


Date:   3/12/2018 Holt County Sheriff         /S/ Sheriff Matchett

   Requested by
   James Widtfeldt
   PO Box 877
   Atkinson          NE 68713